# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LYLE E. WILLS & JANET E. WILLS  Case Number: 05-75514
5124 COBBLESTONE LANE  SSN-xxx-xx-8982 & xxx-xx-1661
LOVES PARK, IL  61111

Case filed on: 10/4/2005
Plan Confirmed on: 12/2/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,200.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | LYLE E. WILLS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GREEN TREE | 2,635.17 | 2,635.17 | 1,011.12 | 547.73 |
| 002 | GRESTY'S AUTO SALE | 3,638.16 | 3,638.16 | 1,597.05 | 365.57 |
|  | Total Secured | 6,273.33 | 6,273.33 | 2,608.17 | 913.30 |
| 003 | CAPITAL ONE | 500.11 | 500.11 | 0.00 | 0.00 |
| 004 | FREDRIC KULLBERG MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 532.51 | 532.51 | 0.00 | 0.00 |
| 006 | ILLINOIS MEDI CAR INC. | 51.23 | 51.23 | 0.00 | 0.00 |
| 007 | INGRATED HOMECARE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NADEEM HANIF, MDSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NORTHERN ILLINOIS NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 674.70 | 674.70 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 455.29 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 303.05 | 303.05 | 0.00 | 0.00 |
| 014 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 66.12 | 66.12 | 0.00 | 0.00 |
| 015 | ROCKFORD GASTROENTEROLOGY ASSOC | 210.53 | 210.53 | 0.00 | 0.00 |
| 016 | ROCKFORD INFECTIOUS DISEASE | 81.01 | 81.01 | 0.00 | 0.00 |
| 017 | ROCKFORD REHAB MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN MEDICAL GROUP | 559.37 | 559.37 | 0.00 | 0.00 |
| 020 | ROCKFORD SURGICAL SERVICES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | UNITED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | W. STEVE YOON, MD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 1,321.80 | 1,321.80 | 0.00 | 0.00 |
| 024 | CAPITAL ONE | 6,470.39 | 6,470.39 | 0.00 | 0.00 |
| 025 | CAPITAL ONE | 2,027.09 | 2,027.09 | 0.00 | 0.00 |
|  | Total Unsecured | 13,253.20 | 12,797.91 | 0.00 | 0.00 |
|  | Grand Total: | 20,890.53 | 20,435.24 | 3,972.17 | 913.30 |

Total Paid Claimant:       $4,885.47
Trustee Allowance:          $314.53       Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00         discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008        By  /s/Heather M. Fagan